**ORIGINAL**

| | |
|---|---|
| 1  KAREN P. HewITT<br>    United States Attorney<br>2  ANDREW G. SCHOPLER<br>    Assistant U.S. Attorney<br>3  California State Bar No. 236585<br>    United States Attorney's Office<br>4  880 Front Street, Room 6293<br>    San Diego, California 92101-8893<br>5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)<br>    Email: Andrew.Schopler@usdoj.gov<br>6<br>   Attorneys for Plaintiff<br>7  United States of America | FILED<br>08 JAN 16 AM 11:09<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY<br><br>ORDERED SEALED BY COURT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0125

IN THE MATTER OF THE SEARCH OF:    )    Magistrate No. _____
                                    )
Premises Known As:                  )    **MOTION AND ORDER TO FILE SEARCH**
7410 Cuvier Street, Apartment 4     )    **WARRANT, APPLICATION AND**
La Jolla, California 92037          )    **AFFIDAVIT FOR SEARCH WARRANT**
                                    )    **UNDER SEAL AND ORDER THEREON**
_____ )

The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the search warrant and accompanying application and affidavit for search warrant in the above-captioned matter until further notice, except for a copy which shall be left at the premises where the property is located.

DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler
ANDREW G. SCHOPLER
Assistant U.S. Attorney

ORIGINAL unsealed 1/17/08 KM

ORDERED SEALED BY COURT

FILED
08 JAN 16 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'08 MJ 0125

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> Premises Known As: ) <br> 7410 Cuvier Street, Apartment 4 ) <br> La Jolla, California 92037 ) <br> _____) | Magistrate No. _____ <br><br> **ORDER SEALING SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the search warrant and accompanying application and affidavit for search warrant, and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the place to be searched.

IT IS SO ORDERED.

DATED: 1-15-08

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge