ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

FILED
08 JAN 23 PM 4:12
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**ORDERED SEALED BY COURT**

UNSEALED AS OF 1/17/08

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
**7410 Cuvier Street, Apartment 4**
**La Jolla, California 92037**

SEARCH WARRANT

CASE NUMBER: 08 MJ 0125

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Robert A. Harris</u> who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>1-25-08</u>
                                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Nita L. Stormes</u>
as required by law.                                                                                                   U.S. Judge or Magistrate

<u>1-15-08 @ 3:50 pm</u>         at   San Diego, California
Date and Time Issued                    City and State

Nita L. Stormes, Magistrate Judge                         [signature]
Name and Title of Judicial Officer                        Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
**7410 Cuvier Street, Apartment 4**
**La Jolla, California 92037**

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>     Special Agent Robert A. Harris     </u> who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ <u>Southern</u> District of <u>California</u> _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>1-25-08</u>
                                                      Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>     Nita L. Stormes     </u>
as required by law.                                                                      U.S. Judge or Magistrate

<u>1-15-08 @ 3:50 pm</u>          at  San Diego, California
Date and Time Issued                     City and State

Nita L. Stormes, Magistrate Judge        _____
Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/15/2008 | 01/16/2008  6:00 a.m. | Virginia Hughes at residence |

INVENTORY MADE IN THE PRESENCE OF

Virginia Hughes

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See A-597

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____  1-23-08
U.S. Judge or Magistrate    Date

AO 93 (Rev. 2/90) Search Warrant

FD-597 (Rev 8-11-94) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1-16-2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Lee Vaughn Walker
(Street Address) 7410 Cuvier St, Unit 4
(City) La Jolla, CA

Description of Item(s): Room G

Item 5   6  $100 bills
         2  $10 bills
         1  $5 bill
         1  $1 bill

         $626.00

Received By: (Signature)    Received From: Virginia Hughes (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __281D-SD-68640__

On (date) __01-16-2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) __7410 Cuvier Unit 9__

(City) __La Jolla CA__

Description of Item(s): __"A"__

1 Cell phone & Charger

Received By: __[Signature]__        Received From: __[Signature]__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Lee Vaughn Walker
(Street Address) 7410 Cuvier St, Unit 4
(City) La Jolla, CA

Description of Item(s): Room G

Item 1 (8) eight photo albums
Item 2 (1) stack photos, loose
Item 3 (1) one framed photo
Item 4 (1) I-O-U- on 1/2 sheet of yellow paper

Received By: _____ (Signature)    Received From: Virginia Hughes (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) LEE VAUGHN WALKER
(Street Address) 7410 Cuvier, Unit 4
(City) La Jolla, CA

Description of Item(s): Room F

Item 9 (1) Verizon Cellular telephone (310) 775-1515, and power cord

Item 10 (1) Compaq laptop s/n CNF7242GQ9

Received By: _____ (Signature)
Received From: Virginia Hughes (Signature)

FD-597 (Rev 8-11-94)                                                                                      Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Lee Vaughn Walker
(Street Address) 7410 Cuvier, Unit 4
(City) La Jolla, CA

Description of Item(s): Room J

Item 6 (1) Cingular cellular telephone LG Model F7200, S/N 508KPTM014241-CGR-P40

Item 7 (1) Cingular cellular telephone LG model CE500, S/N 512KPQJ040260-CGR-P64

Item 8 (1) Sprint cellular telephone Sanyo model SCP-4900, ESN DEC: 2470256 7556; ESN HEX: F7272D8428

Received By: _____ (Signature)          Received From: _____ (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Lee Vaughn WALKER, aka "Lee Dog", and Virginia Hughes)

The residence at **7410 Cuvier Street Apartment 4, La Jolla, California 92037** is further described as follows:

The two story Apartment building 7410, containing the ground floor apartment 4, is located on the west corner of the intersection of Cuvier Street, a North/South road, and Marine Street, an East/West road. The 7410 apartment building is an off-white color with a grey shingle roof. The door to the apartment is a light brown color with a gold colored 4 at approximately eye level, in the middle of the door. The gold colored 4 is currently covered by a holiday wreath decoration. Apartment 4, appears to be a two story apartment with an entrance on the ground floor. The entrance to the apartment faces Marine Street. The apartment has a back porch, which is surrounded by a brown wood plank fence. The fence is approximately six feet tall. Apartment 4 is the end unit on the western end of building 7410.

# **ATTACHMENT B**

# **ITEMS TO BE SEIZED**

(RESIDENCE OF Lee Vaughn WALKER, aka "Lee Dog", and Virginia Hughes)

1. Paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s) including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.